# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MILAGROS LOPEZ,**

        **Plaintiff,**

v.                                      **Case No: 6:22-cv-1929-PGB-DCI**

**IGPS LOGISTICS, LLC,**

        **Defendant.**

_____/

## ORDER

This cause is before the Court on Plaintiff Milagros Lopez ("**Plaintiff**") and Defendant iGPS Logistics, LLC's Joint Stipulation of Dismissal, filed May 19, 2023. (Doc. 33). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against iGPS Logistics, LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 22, 2023.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties